# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAIME C. SANTIAGO,          :
           Plaintiff          :
                           :          CASE NO. 3:10-cv-1839 (VLB)
    v.          :
                           :          July 19, 2011
WHARDEN WHIDDEN, et al.,          :
           Defendants          :

## RULING DENYING PLAINTIFF'S MOTIONS TO AMEND THE COMPLAINT [DOC. 11, 13, AND 14] AND ORDER TO RE-FILE AN AMENDED COMPLAINT IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE WITHIN THIRTY DAYS

The plaintiff has filed three motions to amend his complaint. The first motion included a purported proposed amended complaint. This document, captioned both an amended complaint and a brief on motion for leave to file an amended complaint [Doc. 11], includes legal argument and does not contain a "short and plain statement of the plaintiff's claim" as required by Rule 8(a)(2), Fed. R. Civ. P. In addition, the plaintiff includes only defendants Whidden, Faneuff and Regan in the case caption, suggesting that he intends to withdraw all claims against the remaining defendants, Dolan and Harrisson. In the second motion, the plaintiff seeks to amend his request for injunctive relief [Doc. 13]. In the third motion, the plaintiff asks to include another claim [Doc. 14]. The plaintiff has not submitted a proposed second amended complaint with the second or

third motions.  The defendants have not responded to any of the plaintiff's motions.

The court should grant leave to amend when justice so requires.  Fed. R. Civ. P. 15(a)(2).  Underlying this rule is an assumption that the amended complaint will clarify or amplify the original cause of action.  *See Klos v. Haskell*, 835 F. Supp. 710, 715 n.3 (W.D.N.Y. 1993), *aff'd*, 48 F.3d 81 (2d Cir. 1995).  The two motions to amend do not clarify the claims in this action.

Accordingly, the motions [Docs. ##11, 13, 14] are DENIED without prejudice.   The plaintiff is afforded an opportunity to file an amended complaint including all of the claims he intends to pursue in this action.  He must include in the case caption the names of all defendants he intends to sue in this case and briefly describe the facts supporting his claims.  The plaintiff should not include legal argument in the amended complaint.  The plaintiff must file the amended complaint within thirty (30) days from the date of this order.  Failure to file an amended complaint within the time specified will result in this case proceeding on the claims in the original complaint only.  The Clerk is directed to send the plaintiff an amended complaint form with this order.

IT IS SO ORDERED.

_____/s/_____
Vanessa L. Bryant
United States District Judge

Dated at Hartford, Connecticut: July 19, 2011.